■ KENNETH W. MACAULEY, as Administrator of the Estate of RICHARD K. MACAULEY, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Cattaraugus Special Term denying motion of defendant for an order vacating the notice of taking testimony of employees of defendant.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry JJ.

■ ROBERT G. WOLFE, Respondent, v. GENERAL MILLS, INC., et al., Defendants, and GLEN L. STAFFEN et al., Doing Business as FRED STAFFEN, JR., TRUCKING COMPANY, Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term denying motion by defendants Staffen for summary judgment dismissing the complaint as to them.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ CHARLES E. WOOD, Appellant, v. SUZANNE L. WOOD, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal by plaintiff from order of Erie Special Term awarding counsel fees and alimony.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of the Claim of JOHN R. NELSON, Respondent, v. COUNTY OF ERIE, Appellant. In the Matter of the Claims of BARBARA NELSON, an Infant, by JOHN R. NELSON, Her Guardian ad Litem, et al., Respondents, v. COUNTY OF ERIE, Appellant.— Order insofar as appealed from unanimously affirmed, with $25 costs and disbursements. (Appeal from certain parts of an order of Erie Special Term granting John R. Nelson leave to serve a notice of claim against defendant.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ MARIE RAMMER, Respondent, v. EDWARD V. MAZUR et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by defendants Mazur and Lang from order of Erie Special Term granting motion of plaintiff directing the said defendants to submit to an examination under oath to enable plaintiff to draft her complaint. Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

■ KENNETH PARSHALL, Appellant, v. MARY GRAHAM, Respondent.— Memorandum: The case presented a question of fact which should have been submitted to the jury. (Appeal from judgment and order of Oneida Trial Term dismissing the complaint in an automobile negligence action, on motion by defendant at the close of plaintiff's case. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ MILDRED PARSHALL, Appellant, v. MARY GRAHAM, Respondent.— Same decision and like cause of action as in companion case of *Parshall* v. *Graham* (15 A D 2d 732).

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. ALBERT PELLETIER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ EDWARD SZYMANSKI et al., Appellants, v. GENERAL TIRE OF BUFFALO, INC., Respondent.— Motion granted and appeal dismissed.